UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                             :

LIBERTY INSURANCE CORPORATION,        :

                             :

           Plaintiff,            :

                             :         25-cv-7455 (LJL)

      -v-                   :

                             :           ORDER

GREAT AMERICAN RISK SOLUTIONS SURPLUS  :
LINES INSURANCE COMPANY,          :

                             :

          Defendant.       :

                             :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held a post-discovery status conference in this matter today, May 13, 2026.  As indicated on the record:

The parties' request for an adjournment of the summary judgment briefing schedule is GRANTED.  Plaintiff shall file its motion for summary judgment by June 29, 2026, along with a joint Rule 56.1 statement of undisputed material facts.  Defendant shall file its opposition and cross-motion for summary judgment by July 17, 2026.  Plaintiff shall file its opposition and reply by July 24, 2026.  Defendant shall file its reply by July 31, 2026.

        SO ORDERED.

Dated: May 13, 2026
       New York, New York                      LEWIS J. LIMAN
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/13/2026