UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

      :

LIBERTY INSURANCE CORPORATION,   :

      :

      Plaintiff,     :

      :     25-cv-7455 (LJL)

    -v-    :

      :     ORDER

GREAT AMERICAN RISK SOLUTIONS SURPLUS   :
LINES INSURANCE COMPANY,

      :

      Defendant.   :

      X

----------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

The Parties are instructed to inform the Court by end of day Tuesday, June 30, 2026, whether a 30-day order may be entered.

SO ORDERED.

Dated: June 29, 2026
     New York, New York

_____
           LEWIS J. LIMAN
        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2026